UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PROVIDENT FUNDING ASSOCIATES, L.P., <br><br> Defendant. | Case No.  15-cv-02373-DMR <br><br> **ORDER RE: JUNE 18, 2015 HEARING** |

On the same day Plaintiffs filed the Complaint, the parties jointly moved for entry of a consent order.  *See* Docket Nos. 1, 2.  Among other things, the proposed consent order includes a damage fund for aggrieved borrowers.  Because the procedures this court should follow for consideration and approval of a joint motion for a consent order in these circumstances are not clear from the governing statutes or case law, the court believes it prudent to hold a hearing on the matter.  A hearing on this motion is therefore set for June 18, 2015 at 11:30 a.m.  *See* Docket No. 8.  The parties may appear **by telephone**, following the procedures set forth in Docket No. 8, or **in person**.

**IT IS SO ORDERED.**

Dated: June 10, 2015

_____
Donna M. Ryu
United States Magistrate Judge